## (August 22, 1973)

■ Town of Liberty, Respondent, v. Gussie Gross, Appellant. Margaret Kraussman, Respondent.— Motion to vacate and set aside judgment of Special Term entered May 16, 1973, denied, without costs and without prejudice to a motion to Special Term for reargument of the proceeding or for an order amending the judgment so as to include reference to respondent-appellant's answer and amended answer. Staley, Jr., J. P., Cooke, Sweeney, Kane and Reynolds, JJ., concur.

■ The People of the State of New York ex rel. Glenn Coutryer, Also Known as Glenn Jones, Petitioner, v. J. W. Patterson, as Superintendent of Eastern Correctional Facility, Respondent.— Application for writ of habeas corpus pursuant to CPLR 7002 (subd. [b], par. 2) denied, without prejudice to a motion to the trial court pursuant to CPL 440.20. Staley, Jr., J. P., Greenblott, Cooke, Kane and Reynolds, JJ., concur.

■ The People of the State of New York ex rel. Carlos Cummings, Petitioner, v. J. W. Patterson, as Superintendent, Eastern Correctional Facility, Respondent.— Application for writ of habeas corpus pursuant to CPLR 7002 (subd. [b], par. 2) denied as legally insufficient. Greenblott, J. P., Cooke, Sweeney, Kane and Reynolds, JJ., concur.

## (August 23, 1973)

■ In the Matter of Charles R. Mason, Petitioner, v. Stephen Smyk, Judge of the County Court, Broome County, Respondent.— Application pursuant to CPLR article 78 for relief in the nature of prohibition denied as not being the appropriate remedy in this case (Matter of Lee v. County Court of Erie County, 27 N Y 2d 432, 436–437; cf. Hensley v. Municipal Ct., 411 U. S. 345), without prejudice to an application by petitioner for a writ of habeas corpus (see CPLR 7002 [a]) or to an application by the District Attorney or others authorized for relief pursuant to sections 1032 and 1056 of the Family Court Act. Staley, Jr., J. P., Cooke, Sweeney, Kane and Main, JJ., concur.